UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00388-AC |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE COURT TRIAL |
| v. | ) ) | |
| MIGUEL A. ARANDIA, | ) ) | DATE: March 06, 2017 TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00388-AC without prejudice is GRANTED.

It is further ordered that the court trial scheduled on March 06, 2017 is vacated.

IT IS SO ORDERED.

Dated: March 1, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE